UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY L. PARKS,<br><br>Defendant. | 2:19-po-00308-CKD<br><br>ORDER TO DISMISS WITHOUT PREJUDICE<br>AND VACATE INITIAL APPEARANCE<br><br>DATE: April 16, 2020<br>TIME: 9:30 a.m.<br>JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:19-po-00308-CKD without prejudice is GRANTED.

It is further ordered that the initial appearance scheduled on April 16, 2020, is vacated.

IT IS SO ORDERED.

Dated: April 14, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE